UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60324-CIV-CANNON/Hunt

**GREGORY ABAJIAN**,

    Plaintiff,

v.

**HMSHOST CORPORATION**,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Defendant's Bill of Costs [ECF No. 159]. On January 28, 2022, the Court referred the Bill of Costs to Magistrate Judge Patrick M. Hunt for a Report and Recommendation [ECF No. 163]. On March 2, 2022, Judge Hunt issued a Report and Recommendation ("R&R") recommending that the Bill of Costs be granted in part and denied in part [ECF No. 165]. The R&R states that the parties shall file any objections within seven days of the date of service of the R&R [ECF No. 165 p. 4]. No objections have been filed.

The Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Bill of Costs [ECF No. 159] should be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The R&R [ECF No. 165] is **ADOPTED**.

CASE NO. 20-60324-CIV-CANNON/Hunt

2. Defendant's Bill of Costs [ECF Nos. 159] is **GRANTED IN PART AND DENIED IN PART**.

3. Defendant shall be awarded be awarded $400 in filing fees, $1,270 for serving summons and subpoenas, $11,763.75 for necessary transcripts, $464.97 in witness fees, and $2,502 for necessary copies, for a total award of $16,400.72.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of March 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record